UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONALD S. YAAG,<br><br>                          Petitioner,<br><br>      v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>                         Respondents. | Case No. 3:25-cv-00758-MMD-CLB<br><br>ORDER |

       Donald S. Yaag, an individual incarcerated at Nevada's Lovelock Correctional Center, initiated this habeas corpus action on December 26, 2025, by submitting for filing an application to proceed *in forma pauperis* (ECF No. 1), along with a petition for writ of habeas corpus (ECF No. 1-1), a motion for appointment of counsel (ECF No. 1-2), and a motion for evidentiary hearing (ECF No. 1-3). On December 31, the Court received financial certificates showing the status of Yaag's prison accounts from the Nevada Department of Corrections. (ECF No. 4.) In light of the financial certificates, the Court finds that Yaag is able to pay the $5 filing fee for this action. The Court will deny Yaag's application to proceed *in forma pauperis* and will require Yaag to pay the filing fee before his petition is screened and this case proceeds further.

       It is therefore ordered that Petitioner's application to proceed *in forma pauperis* (ECF No. 1) is denied. Petitioner will have 45 days from the date of entry of this order to pay the $5 filing fee for this action. Failure to comply with this order will result in dismissal of this action.

       DATED THIS 7th Day of January 2026.

MIRANDA M. DU  
UNITED STATES DISTRICT JUDGE