UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DONALD S. YAAG,

Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

Respondents.

Case No. 3:25-cv-00758-MMD-CLB

ORDER

In this habeas corpus action, on January 8, 2026, the Court ordered that pro se Petitioner Donald S. Yaag must pay the $5 filing fee before his habeas petition will be screened and the case may proceed. (ECF No. 5.) The Court ordered that Yaag had until February 23 to pay the fee. (*Id.*)

On January 27, 2026, Yaag filed a document entitled "Notification of Payment & Request for a Status Disposition," and on February 20, 2026, he filed a document entitled "Motion for Clear Status of Payment Received for Filing Fee of Petition & Case Progress." (ECF Nos. 7, 8 ("Motions").) In both Motions, as the Court understands them, Yaag informs the Court that he has attempted to pay the filing fee and asks about the status of the case.

The docket for the case shows that the Court has not received payment of the filing fee. Therefore, Yaag's habeas petition will not be screened, and this case may not proceed until the filing fee is paid.

The Court will also treat the Motions as requesting an extension of time for payment of the filing fee and will extend the deadline to pay the filing fee by thirty days.

It is therefore ordered that Yaag's "Notification of Payment & Request for a Status Disposition" and "Motion for Clear Status of Payment Received for Filing Fee of Petition & Case Progress" (ECF Nos. 7, 8) are granted. Yaag will have up to and including March

25, 2026, to pay the $5 filing fee. Failure to comply with this order will result in dismissal of this action.

DATED THIS 20th Day of February 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2